

**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**

**CM/ECF APPLICATION FORM**
**SELF-REPRESENTED PARTY**

---

Case Name: _Kerensa v. Homeland Security_

Case Number: _3:18.CV-1388-HZ_

As a non-prisoner self-represented party you may: (1) apply for a user account that will allow you to e-file documents with the Court through the court's case management and electronic filing system, CM/ECF; or (2) consent to receive documents filed in your case via e-mail from CM/ECF. Each option is explained on the following pages, and you must mark on the application form on the next page the option for which you are applying.

**ANY REQUEST MUST BE APPROVED BY THE COURT BEFORE IT BECOMES EFFECTIVE.** You will be notified by an order whether your application is approved.

If this application is approved by the Court, you agree to abide by the requirements and conditions for the option you select as explained on the following pages. Approval to e-file or receive service electronically may be discontinued by the Court at any time.

> **IMPORTANT**
>
> **You should NOT apply if:**
>
> - **You are in prison.** E-filing for self-represented parties is only available to non-prisoners. If you become incarcerated during the pendency of your case, your approval to e-file and/or receive service electronically through CM/ECF will be discontinued.
>
> - **You are unable or unwilling to abide by any of the applicable requirements.** The Court will discontinue your access to CM/ECF if you fail to comply with the applicable requirements.

Further information is available on the Court's website at ord.uscourts.gov, and you may call the Clerk's Office (Portland: 503-326-8000; Eugene: 541-431-4100; Medford: 541-608-8777).

Note: Clerk's Office staff are prohibited from giving any legal advice regarding your case.

## Registrant Information

| | |
|---|---|
| **Case Name:** Kerensa v. Homeland Security<br>**Case Number:** 3:18.CV-1388-HZ | **Instructions:**<br>Read the accompanying information packet carefully before completing and submitting this form. |
| **Name:** Benjamin J Kerensa<br>*(first, middle initial, last)*<br>**Telephone:** (971)302-9698<br>**E-mail:** bkerensa@gmail.com | **Address:** 351 NE 78th Avenue<br>Portland, Oregon 97213 |

**I request the following service:**

☑ **Option 1:** CM/ECF user account registration for filing access
(Selection of this option automatically includes Option 2 below.)

☑ **Option 2:** Consent to electronic service of filings and notice via CM/ECF pursuant to Fed. R. Civ. P. 5

☑ I certify that I have completed the tutorials required to apply for registration in CM/ECF.

**By physically or electronically signing this form, I agree to abide by the requirements and conditions for the option selected, as set forth in the application packet I received.**

**Signature:** s/ Benjamin Kerensa          **Date:** 7/24/2018

E-mail this form to the Court by clicking "Submit by E-mail" below. Otherwise mail or FAX this page and any requisite certification to:

| ☑ **Portland Division** | ☐ **Eugene Division** | ☐ **Medford Division** | **Court use only:** |
|---|---|---|---|
| Clerk, U.S. District Court<br>Attn: CM/ECF Registration<br>1000 S.W. Third Ave., Ste. 740<br>Portland, OR 97204<br>Fax: 503-326-8010 | Clerk, U.S. District Court<br>Attn: CM/ECF Registration<br>405 East Eighth Ave.<br>Eugene, OR 97401<br>Fax: 541-431-4109 | Clerk, U.S. District Court<br>Attn: CM/ECF Registration<br>310 West Sixth St.<br>Medford, OR 97501<br>Fax: (541) 608-8779 | Processed _____<br>Test Message _____<br>Reg E-mail sent _____<br>App Docketed _____ |

**Submit by Email**

**CM/ECF Registration Application Options**

**Option 1: CM/ECF User Account Registration**

This option is a request for privileges to allow you to become a Registered User so you may e-file documents in your case and receive service of e-filed documents via CM/ECF.

CM/ECF must be used in conjunction with the Federal Rules of Civil Procedure, the Local Rules of Civil Practice (LRs), and the administrative orders and policies of the United States District Court for the District of Oregon.

In order to file documents electronically, you will need the following:

- A personal computer;
- Internet access through an Internet service provider using Point to Point Protocol (PPP);
- A compatible browser[1] that supports 128 bit encryption and has JavaScript and cookies enabled;
- A Portable Document Format (PDF)-compatible word processor;
- Software to convert documents from a word processor format to PDF format;
- Software to read PDF documents (Adobe Acrobat Reader is available at no cost);
- Access to a flatbed scanner with sheet feeder for paper documents that need to be scanned to PDF format;
- An e-mail account; and
- **A Public Access to Court Electronic Records (PACER) Service account.** The Judicial Conference of the United States has approved a schedule of fees to be charged for electronic records access by CM/ECF users. This requires a PACER account in addition to a CM/ECF user account. Registered users get "one free look" at documents when they receive the initial notice of electronic filing (NEF) by e-mail; at that time you can download and save the electronic file at no charge. However, subsequent views of filed documents will result in a charge to you. Contact the PACER Service Center at pacer.psc.uscourts.gov or call the PACER Service Center at 800-676-6856 or 210-301-6440. See the Court's website at ord.uscourts.gov for additional information about this requirement.
- You are also required to complete the electronic filing tutorials available on the Court's website at ord.uscourts.gov and certify your completion in this application.
- If you are approved for CM/ECF user registration, you will be issued a username and password. The use of this username and password constitutes your "signature" pursuant to Fed. R. Civ. P. 11 on all submissions made via CM/ECF. Your documents must also conform with LR 11-1, and the signature line on the documents must reflect your signature as "s/ [your typed name]."

You must take appropriate steps to protect your CM/ECF username and password. You may not share your username and password with any other person. Sharing your CM/ECF username and password may

---

[1] CM/ECF has been tested for use with Mozilla Firefox, Internet Explorer, and Safari. Opera and Google Chrome have not been tested for use with CM/ECF.

result in discontinuation of approval to e-file. If your account information becomes compromised, you must notify the Court immediately.

**NOTE**: Registration as a CM/ECF user for filing purposes under this option constitutes your consent to receive service by electronic means as substitute for service pursuant to Fed. R. Civ. P. 5(b)(2)(E) and LR 5-4. You will NOT receive paper copies of any documents filed by other parties or the Court in your case; all documents will be in electronic format only.

If you are not approved for CM/ECF registration or if you choose not to apply for this option, you must deliver paper copies of documents required or permitted to be filed in this Court to the Clerk's Office for docketing in the record of the case. You must also serve paper copies of your documents on the opposing parties in your case.

**Option 2: Consent to electronic service of filings and notice via CM/ECF**

This option allows you to request to receive electronic notice via e-mail when filings are made in your case. You are consenting that such notice constitutes service pursuant to Fed. R. Civ. P. 5(b)(2)(E); you will not receive paper copies of documents from the other party. This option does NOT allow you to e-file documents with the Court. You must submit your filings in paper form and serve paper copies of your documents on the opposing parties in the case.

This option also requires a PACER Service account and allows viewing access to the documents in your case. PACER issues a separate username and password for this purpose. You will not receive CM/ECF username and password from this Court. Instead, you will be able to view e-filed documents and orders through PACER.

**Public Access to Court Electronic Records (PACER) Service account.** Registered users get "one free look" at documents when they receive the initial notice of electronic filing (NEF) by e-mail; at that time you can download and save the electronic file at no charge. However, subsequent views of filed documents will result in a charge to you. Contact the PACER Service Center at pacer.psc.uscourts.gov or call the PACER Service Center at 800-676-6856 or 210-301-6440.

You must maintain a valid e-mail account and are responsible for checking it regularly to be aware of court filings.