IN THE UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

|  |  |  |
|---|---|---|
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. |
| | ) | |
| | ) | |
| Defendant | ) | |

## ENTRY OF DEFAULT

It appearing that the complaint was filed in this case on                    ;

that the summons and complaint were duly served upon the defendant,

                , and no answer or other pleading has been filed by said defendant as required

by law;

Therefore, upon request of the plaintiff, default is hereby entered against the defendant,

                , as provided in Rule 55(a), Federal Rules of Civil

Procedure.

, CLERK

By _____
Deputy Clerk